| Employee Name / Emp. No. SSN No. UI St. / Check Date Division | Dept. | Earnings Description | Rate | Hours | Amount | Taxes Description | Amount | Deductions / Memos Description | Amount | Check No. / Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| COLLER, MICHELLE / 105  *******8466  PA / 06-22-2018  0 | 100 | 0-Regular Pay | 16.0000 | 40.06 | 640.96 | Federal WH | 35.98 | | | 2000344 |
| | | | | | | OASDI | 39.74 | | | DD |
| | | | | | | Medicare | 9.29 | | | |
| | | | | | | PA: State WH | 19.68 | | | |
| | | | | | | PA: EE SUI | 0.38 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 10.26 | | | |
| Check Totals | | | | 40.06 | 640.96 | | 116.33 | | | 524.63 |
| COLLER, MICHELLE / 105  *******8466  PA / 06-29-2018  0 | 100 | 0-Regular Pay | 16.0000 | 32.74 | 523.84 | Federal WH | 21.93 | | | 2000357 |
| | | | | | | OASDI | 32.48 | | | DD |
| | | | | | | Medicare | 7.61 | | | |
| | | | | | | PA: State WH | 16.08 | | | |
| | | | | | | PA: EE SUI | 0.31 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 8.38 | | | |
| Check Totals | | | | 32.74 | 523.84 | | 87.79 | | | 436.05 |
| COLLER, MICHELLE / 105  *******8466  PA / 07-06-2018  0 | 100 | 0-Regular Pay | 16.0000 | 38.79 | 620.64 | Federal WH | 33.54 | | | 2000374 |
| | | | | | | OASDI | 38.47 | | | DD |
| | | | | | | Medicare | 8.99 | | | |
| | | | | | | PA: State WH | 19.05 | | | |
| | | | | | | PA: EE SUI | 0.37 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 9.93 | | | |
| Check Totals | | | | 38.79 | 620.64 | | 111.35 | | | 509.29 |
| COLLER, MICHELLE / 105  *******8466  PA / 07-13-2018  0 | 100 | 0-Regular Pay | 16.0000 | 29.85 | 477.60 | Federal WH | 16.70 | | | 2000390 |
| | | | | | | OASDI | 29.61 | | | DD |
| | | | | | | Medicare | 6.93 | | | |
| | | | | | | PA: State WH | 14.66 | | | |
| | | | | | | PA: EE SUI | 0.29 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 7.64 | | | |
| Check Totals | | | | 29.85 | 477.60 | | 76.83 | | | 400.77 |
| COLLER, MICHELLE / 105  *******8466  PA / 07-20-2018  0 | 100 | 0-Regular Pay | 16.0000 | 28.87 | 461.92 | Federal WH | 15.13 | | | 2000405 |
| | | | | | | OASDI | 28.65 | | | DD |
| | | | | | | Medicare | 6.70 | | | |
| | | | | | | PA: State WH | 14.18 | | | |
| | | | | | | PA: EE SUI | 0.28 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 7.39 | | | |
| Check Totals | | | | 28.87 | 461.92 | | 73.33 | | | 388.59 |
| COLLER, MICHELLE / 105  *******8466  PA / 07-27-2018  0 | 100 | 0-Regular Pay | 16.0000 | 40.00 | 640.00 | Federal WH | 37.05 | | | 2000421 |
| | 100 | OverTime Pay | 24.0000 | 0.41 | 9.84 | OASDI | 40.28 | | | DD |
| | | | | | | Medicare | 9.41 | | | |
| | | | | | | PA: State WH | 19.95 | | | |
| | | | | | | PA: EE SUI | 0.39 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 10.40 | | | |
| Check Totals | | | | 40.41 | 649.84 | | 118.48 | | | 531.36 |
| COLLER, MICHELLE / 105  *******8466  PA / 08-03-2018  0 | 100 | 0-Regular Pay | 16.0000 | 36.76 | 588.16 | Federal WH | 29.65 | | | 2000437 |
| | | | | | | OASDI | 36.47 | | | DD |
| | | | | | | Medicare | 8.54 | | | |
| | | | | | | PA: State WH | 18.06 | | | |
| | | | | | | PA: EE SUI | 0.35 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 9.41 | | | |
| Check Totals | | | | 36.76 | 588.16 | | 103.48 | | | 484.68 |
| COLLER, MICHELLE / 105  *******8466  PA / 08-10-2018  0 | 100 | 0-Regular Pay | 16.0000 | 34.31 | 548.96 | Federal WH | 24.94 | | | 2000447 |
| | | | | | | OASDI | 34.04 | | | DD |
| | | | | | | Medicare | 7.95 | | | |
| | | | | | | PA: State WH | 16.85 | | | |
| | | | | | | PA: EE SUI | 0.33 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 8.78 | | | |
| Check Totals | | | | 34.31 | 548.96 | | 93.89 | | | 455.07 |
| COLLER, MICHELLE / 105  *******8466  PA / 08-17-2018  0 | 100 | 0-Regular Pay | 16.0000 | 39.60 | 633.60 | Federal WH | 35.10 | | | 2000464 |
| | | | | | | OASDI | 39.28 | | | DD |
| | | | | | | Medicare | 9.19 | | | |
| | | | | | | PA: State WH | 19.45 | | | |
| | | | | | | PA: EE SUI | 0.38 | | | |
| | | | | | | PA: Loc-LST $52 | 1.00 | | | |
| | | | | | | PA: Loc-Carlisl | 10.14 | | | |
| Check Totals | | | | 39.60 | 633.60 | | | | | 519.06 |