```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03505-HWV
Michelle Ann Coller                                             Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: MMchugh           Page 1 of 1          Date Rcvd: Oct 10, 2018
                             Form ID: ntcnfhrg       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db            +Michelle Ann Coller,   885 Creek Road,   Carlisle, PA 17015-8966
5098702       +Gideon Byler,   11346 Tanyard Hilll Rd.,   Orrstown, PA 17244-9612
5098704       +KML Law Group, P.C.,   Suite 5000-BNY Indep. Ctr.,   701 Market Street,
                Philadelphia, PA 19106-1538
5098706       +Members First FCU-VISA,   Customer Service,   P.O. Box 30495,   Tampa, FL 33630-3495
5098710       +PPL Electric Utilities,   2 N. 9th Street,   CPC-GENN1,   Allentown, PA 18101-1139
5098708      #+Penn Credit Corp.,   916 S. 14th Street,   Harrisburg, PA 17104-3425
5098709       +Pinnacle Health/Carlisle RMC,   P.O. Box 2353,   Harrisburg, PA 17105-2353
5098711       +Quest Diagnostics,   P.O. Box 740775,   Cincinnati, OH 45274-0775
5098712       +TD Bank USA/Target,   P.O. Box 673,   Minneapolis, MN 55440-0673
5098713       +Timothy D'Angelo,   4611 Tarryton Rd.,   Harrisburg, PA 17109-1619
5098714       +UPMC Pinnacle Carlisle,   361 Alexander Spring Road,   Carlisle, PA 17015-6940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5098699       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 10 2018 19:23:12     CCS,   P.O. Box 337,
                Norwood, MA 02062-0337
5098700       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 10 2018 19:22:44     Ditech Financial, LLC,
                P.O. Box 6172,   Rapid City, SD 57709-6172
5098701       +E-mail/Text: data_processing@fin-rec.com Oct 10 2018 19:22:45     Financial Recovery Services,
                P.O. Box 385908,   Minneapolis, MN 55438-5908
5098703        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2018 19:23:02     Jefferson Capital,
                16 McLeland Road,   Saint Cloud, MN 56303
5116741        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2018 19:23:02     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
5098705       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2018 19:29:01     LVNV Funding, LLC,
                c/o Resurgent Capital Svcs.,   P.O. Box 1269,   Greenville, SC 29602-1269
5109376        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2018 19:28:35
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5098707       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 10 2018 19:22:54     Midland Funding LLC,
                2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Philip Charles Briganti    on behalf of Debtor 1 Michelle Ann Coller pbriganti@pa.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michelle Ann Coller,    Chapter    13

  **Debtor 1**

Case No.    1:18–bk–03505–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 14, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 21, 2018 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 9, 2018 |

ntcnfhrg (03/18)