```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03505-HWV
Michelle Ann Coller                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Mar 01, 2019
                         Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
db          +Michelle Ann Coller,   885 Creek Road,   Carlisle, PA 17015-8966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Philip Charles Briganti   on behalf of Debtor 1 Michelle Ann Coller pbriganti@pa.net
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                 TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michelle Ann Coller,

    **Debtor 1**

Chapter 13

Case No. 1:18–bk–03505–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 15, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: March 1, 2019

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

orcnfpln(05/18)