```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03505-HWV
Michelle Ann Coller                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: MMchugh            Page 1 of 1            Date Rcvd: Aug 14, 2019
                                Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
            Boiling Springs Tavern Attention: Kevin Rockwood 1,    Boiling Springs, PA   17007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
            Philip Charles Briganti    on behalf of Debtor 1 Michelle Ann Coller pbriganti@pa.net
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
MICHELLE ANN COLLER :
    Debtor : Case No. 1:18-bk-03505--HWV
 :

## ORDER TO PAY TRUSTEE

AND NOW, upon consideration of the Debtor in the above-captioned case having filed a petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, and the Debtor having consented to the attachment of her wages by this Court to fund the Debtor's Chapter 13 plan,

IT IS HEREBY ORDERED that until further Order of this Court:

**Boiling Springs Tavern**
**Attention: Kevin Rockwood**
**1 E. 1st Street**
**Boiling Springs, PA  17007**

shall deduct from the income of Michelle Ann Coller the sum of $85.00 from each weekly paycheck, beginning the next payday following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any other benefits payable to the Debtor and remit the deducted sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
P.O. Box 7005
Lancaster, PA  17604

IT IS FURTHER ORDERED THAT checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check and a coupon from Debtor's Chapter 13 payment book.

Dated:  August 14, 2019        By the Court,

                                                            _Henry W. Van Eck_ (signature)
                                                            Henry W. Van Eck, Bankruptcy Judge (JH)