```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03505-HWV
Michelle Ann Coller                                                 Chapter 13
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AutoDocke            Page 1 of 1              Date Rcvd: Jan 16, 2020
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
           +Ahlstrom-Munksjo Filtration LLC Attention: Karen V,    122 W. Butler Street,
             Mt. Holly Springs, PA 17065-1218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              Kevin   Buttery    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               kbuttery@rascrane.com
              Philip Charles Briganti    on behalf of Debtor 1 Michelle Ann Coller pbriganti@pa.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
MICHELLE ANN COLLER :
    Debtor : Case No. 1:18-bk-03505--HWV
 :

## AMENDED ORDER TO PAY TRUSTEE

AND NOW, upon consideration of the Debtor in the above-captioned case having filed a petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, and the Debtor having consented to the attachment of her wages by this Court to fund the Debtor's Chapter 13 plan,

AND upon consideration of Debtor's Motion to Amend Wage Attachment Order due to a change in employment,

IT IS HEREBY ORDERED that the Order to Pay Trustee entered on August 14, 2019, is AMENDED to terminate the attachment of wages from the Debtor's previous employer, Boiling Springs Tavern, and until further Order of this Court:

**Ahlstrom-Munksjo Filtration LLC**
**Attention: Karen Volz**
**122 W. Butler Street**
**Mt. Holly Springs, PA 17065**

shall deduct from the income of Michelle Ann Coller the sum of $125.35 from each weekly paycheck, beginning the next payday following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any other benefits payable to the Debtor and remit the deducted sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
P.O. Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED THAT checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check and a coupon from Debtor's Chapter 13 payment book.

Dated: January 15, 2020      By the Court,

*Henry W. VanEck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)