Certificate Number: 14912-PAM-DE-037787050

Bankruptcy Case Number: 18-03505



14912-PAM-DE-037787050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 22, 2023</u>, at <u>11:22</u> o'clock <u>AM EDT</u>, <u>Michelle Coller</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 22, 2023</u>          By:     <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>