# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Michelle Ann Coller

Case No.: 1-18-03505HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Gregory, LLC |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 3697 |
| Property Address if applicable: | 885 Creek Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $16,575.34 |
| b. | Prepetition arrearages paid by the trustee: | $16,575.34 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $6,462.97 |
| f. | Postpetition arrearage paid by the trustee: | $6,462.97 |
| g. | Total b, d, and f: | $23,038.31 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 26, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Michelle Ann Coller

                                              Case No.: 1-18-03505HWV

                                              Chapter 13

              **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 26, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Philip C Briganti, Esquire
17 West South Street, #1
Carlisle PA 17013


**Served by First Class Mail**
Gregory Funding, LLC
1 Corporate DR
Lake Zurich IL 60047

Michelle Ann Coller
885 Creek Rd
Carlisle PA 17015


I certify under penalty of perjury that the foregoing is true and correct.


Date:  September 26, 2023                    /s/  Liz Joyce
                                                      Office of the Standing Chapter 13 Trustee
                                                        Jack N. Zaharopoulos
                                                        Suite A, 8125 Adams Dr.
                                                        Hummelstown, PA  17036
                                                        Phone:  (717) 566-6097
                                                        email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03505    **MICHELLE ANN COLLER**

**GREGORY FUNDING, LLC**
P.O. BOX 742334

LOS ANGELES, CA  90074·

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 3697/post arrears Creek Rd

01/20  2AP/STIP  POST ARREARS CREEK RD

|  | Amt Sched: | $0.00 | Debt: | $6,462.97 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $6,462.97 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **GREGORY FUNDING, LLC** | | | | | | | |
| 521-0 | GREGORY FUNDING, LLC | | 09/19/2023 | 2028731 | $61.06 | $0.00 | $61.06 | |
| 521-0 | GREGORY FUNDING, LLC | | 08/09/2023 | 2027724 | $143.92 | $0.00 | $143.92 | 08/16/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026757 | $143.92 | $0.00 | $143.92 | 07/21/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 06/13/2023 | 2025838 | $141.11 | $0.00 | $141.11 | 06/20/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 05/16/2023 | 2024878 | $138.27 | $0.00 | $138.27 | 05/22/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 04/18/2023 | 2023854 | $207.41 | $0.00 | $207.41 | 04/25/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022844 | $138.28 | $0.00 | $138.28 | 03/20/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 02/15/2023 | 2021829 | $138.27 | $0.00 | $138.27 | 02/21/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 01/18/2023 | 2020836 | $138.27 | $0.00 | $138.27 | 01/23/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 12/13/2022 | 2019848 | $138.28 | $0.00 | $138.28 | 12/19/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 11/16/2022 | 2018889 | $138.27 | $0.00 | $138.27 | 12/12/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 10/18/2022 | 2017833 | $215.00 | $0.00 | $215.00 | 10/24/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 09/13/2022 | 2016794 | $145.85 | $0.00 | $145.85 | 09/19/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015752 | $145.87 | $0.00 | $145.87 | 08/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | GREGORY FUNDING, LLC | | 07/13/2022 | 2014704 | $140.80 | $0.00 | $140.80 | 07/20/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 06/14/2022 | 2013737 | $151.12 | $0.00 | $151.12 | 06/21/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 05/17/2022 | 2012688 | $249.72 | $0.00 | $249.72 | 05/23/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011624 | $404.68 | $0.00 | $404.68 | 04/21/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 03/16/2022 | 2010607 | $130.63 | $0.00 | $130.63 | 03/28/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 02/16/2022 | 2009629 | $130.63 | $0.00 | $130.63 | 02/22/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2022 | 2008830 | $57.62 | $0.00 | $57.62 | 01/27/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/15/2021 | 2007819 | $115.26 | $0.00 | $115.26 | 12/29/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2021 | 2006796 | $263.82 | $0.00 | $263.82 | 11/23/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/14/2021 | 2005764 | $145.03 | $0.00 | $145.03 | 10/21/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/14/2021 | 2002648 | $290.07 | $0.00 | $290.07 | 07/21/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/18/2021 | 2000658 | $140.40 | $0.00 | $140.40 | 05/27/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/15/2021 | 1229283 | $140.41 | $0.00 | $140.41 | 04/21/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/17/2021 | 1228267 | $140.40 | $0.00 | $140.40 | 03/24/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/17/2021 | 1227252 | $140.41 | $0.00 | $140.41 | 02/24/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2021 | 1226232 | $140.41 | $0.00 | $140.41 | 01/29/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/10/2020 | 1224446 | $139.13 | $0.00 | $139.13 | 12/23/2020 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/15/2020 | 1222681 | $819.36 | $0.00 | $819.36 | 10/27/2020 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/07/2020 | 1219581 | $137.13 | $0.00 | $137.13 | 07/17/2020 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/14/2020 | 1216549 | $552.16 | $0.00 | $552.16 | 04/22/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub-totals: | $6,462.97 | $0.00 | $6,462.97 | |
| | | | | Grand Total: | $6,462.97 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-03505  **MICHELLE ANN COLLER**

**GREGORY FUNDING, LLC**
P.O. BOX 742334

LOS ANGELES, CA 90074

**Acct No:** 3697/PRE ARREARS/885 CREI

**Sequence:** 24
**Modify:**
**Filed Date:** 10/31/2018 12:00:00AM
**Hold Code:**

| | | | |
|---|---|---|---|
| Amt Sched: $94,015.00 | Debt: $16,575.34 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $16,575.34 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **GREGORY FUNDING, LLC** | | | | | | | |
| 520-0 | GREGORY FUNDING, LLC | | 09/19/2023 | 2028731 | $156.59 | $0.00 | $156.59 | |
| 520-0 | GREGORY FUNDING, LLC | | 08/09/2023 | 2027724 | $369.12 | $0.00 | $369.12 | 08/16/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026757 | $369.12 | $0.00 | $369.12 | 07/21/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 06/13/2023 | 2025838 | $361.86 | $0.00 | $361.86 | 06/20/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 05/16/2023 | 2024878 | $354.63 | $0.00 | $354.63 | 05/22/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 04/18/2023 | 2023854 | $531.94 | $0.00 | $531.94 | 04/25/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022844 | $354.62 | $0.00 | $354.62 | 03/20/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 02/15/2023 | 2021829 | $354.63 | $0.00 | $354.63 | 02/21/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 01/18/2023 | 2020836 | $354.63 | $0.00 | $354.63 | 01/23/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 12/13/2022 | 2019848 | $354.62 | $0.00 | $354.62 | 12/19/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 11/16/2022 | 2018889 | $354.63 | $0.00 | $354.63 | 12/12/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 10/18/2022 | 2017833 | $551.39 | $0.00 | $551.39 | 10/24/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 09/13/2022 | 2016794 | $374.09 | $0.00 | $374.09 | 09/19/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015752 | $374.07 | $0.00 | $374.07 | 08/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | GREGORY FUNDING, LLC | | 07/13/2022 | 2014704 | $361.12 | $0.00 | $361.12 | 07/20/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 06/14/2022 | 2013737 | $387.56 | $0.00 | $387.56 | 06/21/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 05/17/2022 | 2012688 | $640.47 | $0.00 | $640.47 | 05/23/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011624 | $1,037.87 | $0.00 | $1,037.87 | 04/21/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 03/16/2022 | 2010607 | $335.01 | $0.00 | $335.01 | 03/28/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 02/16/2022 | 2009629 | $335.01 | $0.00 | $335.01 | 02/22/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2022 | 2008830 | $147.81 | $0.00 | $147.81 | 01/27/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/15/2021 | 2007819 | $295.60 | $0.00 | $295.60 | 12/29/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2021 | 2006796 | $676.57 | $0.00 | $676.57 | 11/23/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/14/2021 | 2005764 | $371.97 | $0.00 | $371.97 | 10/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/14/2021 | 2002648 | $743.93 | $0.00 | $743.93 | 07/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/18/2021 | 2000658 | $360.10 | $0.00 | $360.10 | 05/27/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/15/2021 | 1229283 | $360.09 | $0.00 | $360.09 | 04/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/17/2021 | 1228267 | $360.10 | $0.00 | $360.10 | 03/24/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/17/2021 | 1227252 | $360.09 | $0.00 | $360.09 | 02/24/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2021 | 1226232 | $360.09 | $0.00 | $360.09 | 01/29/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/10/2020 | 1224446 | $356.82 | $0.00 | $356.82 | 12/23/2020 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/15/2020 | 1222681 | $2,101.39 | $0.00 | $2,101.39 | 10/27/2020 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/07/2020 | 1219581 | $351.71 | $0.00 | $351.71 | 07/17/2020 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/14/2020 | 1216549 | $202.73 | $0.00 | $202.73 | 04/22/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | DITECH FINANCIAL LLC | | 12/12/2019 | 1210773 | $1,213.36 | $0.00 | $1,213.36 | 12/19/2019 |

|  |  |  |
|---|---|---|
| Sub-totals: $16,575.34 | $0.00 | $16,575.34 |
| Grand Total: $16,575.34 | $0.00 | |