In re:

Michelle Ann Coller

    Debtor

Case No. 18-03505-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michelle Ann Coller, 885 Creek Road, Carlisle, PA 17015-8966 |
| 5457637 | + | Attorneys for BARCLAYS MORTGAGE TRUST, 2021-NPL1, MORTGAGE-BACKED, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5126184 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 5098700 | | Ditech Financial, LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 5098702 | + | Gideon Byler, 11346 Tanyard Hilll Rd., Orrstown, PA 17244-9612 |
| 5098706 | + | Members First FCU-VISA, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 5122414 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5098709 | + | Pinnacle Health/Carlisle RMC, P.O. Box 2353, Harrisburg, PA 17105-2353 |
| 5098713 | + | Timothy D'Angelo, 4611 Tarryton Rd., Harrisburg, PA 17109-1619 |
| 5098714 | + | UPMC Pinnacle Carlisle, 361 Alexander Spring Road, Carlisle, PA 17015-6940 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5098699 | + | EDI: CCS.COM | Oct 06 2023 22:39:00 | CCS, P.O. Box 337, Norwood, MA 02062-0337 |
| 5122547 | | EDI: DIRECTV.COM | Oct 06 2023 22:39:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5098701 | + | Email/Text: data_processing@fin-rec.com | Oct 06 2023 18:40:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 5116741 | | EDI: JEFFERSONCAP.COM | Oct 06 2023 22:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5098703 | | EDI: JEFFERSONCAP.COM | Oct 06 2023 22:39:00 | Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5098704 | ^ | MEBN | Oct 06 2023 18:37:28 | KML Law Group, P.C., Suite 5000-BNY Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 5098705 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 18:41:55 | LVNV Funding, LLC, c/o Resurgent Capital Svcs., P.O. Box 1269, Greenville, SC 29602-1269 |
| 5109376 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 18:41:19 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5122654 | + | Email/Text: unger@members1st.org | Oct 06 2023 18:40:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5098707 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2023 18:40:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |

| 5117980 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 06 2023 18:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5281711 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Oct 06 2023 18:40:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5281710 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Oct 06 2023 18:40:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5098710 | ^ MEBN | | |
| | | Oct 06 2023 18:37:20 | PPL Electric Utilities, 2 N. 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5098711 | + Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | Oct 06 2023 18:40:00 | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 5126669 | + Email/Text: bncmail@w-legal.com | | |
| | | Oct 06 2023 18:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5098712 | + EDI: WTRRNBANK.COM | | |
| | | Oct 06 2023 22:39:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5098708 | ##+ | Penn Credit Corp., 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Karina Velter | |

on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, brausch@pincuslaw.com

Kevin Buttery

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kbuttery@rascrane.com

Philip Charles Briganti

on behalf of Debtor 1 Michelle Ann Coller pbriganti@pa.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

**Information to identify the case:**

Debtor 1    Michelle Ann Coller

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–8466

EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:18–bk–03505–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michelle Ann Coller

**By the court:**

10/6/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:18-bk-03505-HWV   Doc 68   Filed 10/08/23   Entered 10/09/23 00:19:21   Desc
Imaged Certificate of Notice   Page 6 of 6